# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA GOVERNMENT, et al.,<br><br>    Defendants. | NO. ED CV 11-1932 SJO (FMO)<br><br>**ORDER TO SHOW CAUSE** |

Local Rule 83-8.2 provides that the court may declare a party to be a vexatious litigant, stating:

> On its own motion or on motion of a party, after opportunity to be heard, the Court may, at any time, order a party to give security in such amount as the Court determines to be appropriate to secure the payment of any costs, sanctions or other amounts which may be awarded against a vexatious litigant, and may make such other orders as are appropriate to control the conduct of a vexatious litigant. Such orders may include, without limitation, a directive to the Clerk not to accept further filings from the litigant without payment of normal filing fees and/or without written authorization

from a judge of the Court or a Magistrate Judge, issued upon such showing of the evidence supporting the claim as the judge may require.

Local Rule 83-8.2. "Any order issued under [Local Rule]. 83-8.2 shall be based on a finding that the litigant to whom the order is issued has abused the Court's process and is likely to continue such abuse, unless protective measures are taken." Local Rule 83-8.3; see also DeLong v. Hennessey, 912 F.2d 1144, 1147 (9th Cir.), cert. denied, 498 U.S. 1001 (1990) (To support a vexatious litigant finding, "[a]t the least, the records needs to show, in some manner, that the litigant's activities were numerous or abusive.").

Pursuant to Local Rule 83-8.2, plaintiff Rose Ann Fernandez is Ordered to Show Cause why she should not be declared a vexatious litigant in light of her repeated filing of frivolous documents in closed cases. See Fernandez v. California Department of Corrections, ED CV 12-0284 SJO (FMO) (Docket No. 5); Fernandez v. The State of California Government, CV 11-3430 UA (FMO) (Docket Nos. 5, 8, & 10-15); Fernandez v. United States Government, CV 10-0313 UA (DUTY) (Docket Nos. 5-7); Fernandez v. Perris Lake School, CV 09-7240 CAS (JEM) (Docket No. 11); Fernandez v. Victim Compensation and Government Claims Board, CV 09-2058 UA (FMO) (Docket Nos. 7-8); see also Fernandez v. The State of California Government, ED CV 11-1932 SJO (FMO) (Docket No. 15 – First Amended Complaint attempting to modify pending action to reopen closed case (CV 11-3430 UA (FMO)) and also attempting to incorporate prior closed cases and previously rejected motions into pending action).

If plaintiff objects to being declared a vexatious litigant, she shall file a response to this Order to Show Cause no later than **April 20, 2012**.

Dated this 30th day of March, 2012.

/s/
Fernando M. Olguin
United States Magistrate Judge