**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROSE ANN FERNANDEZ, | ) | NO. ED CV 11-1932 SJO (FMO) |
|            Plaintiff, | ) | |
|         v. | ) | **JUDGMENT** |
| THE STATE OF CALIFORNIA GOVERNMENT, <u>et</u> <u>al.</u>, | ) | |
|           Defendants | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 19, 2012.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE